

**RECEIVED FEB 2 0 2020 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 4:20-CR-021 |
| ) | |
| v. ) | <u>INDICTMENT</u> |
| ) | |
| SAMANTHA JEAN MONTANYE, ) | T. 21 U.S.C. § 843(a)(3) |
| ) | |
| Defendant. ) | |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**(Acquiring a Controlled Substance by Misrepresentation, Fraud, Deception, and Subterfuge)**

On or about November 27, 2019, in the Southern District of Iowa, the Defendant, SAMANTHA JEAN MONTANYE, did knowingly and intentionally acquire and obtain possession of Fentanyl, a Schedule II controlled substance, by misrepresentation, fraud, deception, and subterfuge. Specifically, Defendant MONTANYE, knowing nursing home resident C.W. had a valid prescription for a medication containing Fentanyl, knowingly and intentionally diverted two of C.W.'s Fentanyl patches for her own unlawful possession.

This is a violation of Title 21, United States Code, Section 843(a)(3).

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Rachel J. Scherle
Assistant United States Attorney